UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEI ANN VARLETTA YOUNG,<br><br>             Plaintiff,<br><br>       v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>             Defendants. | No.  2:13-cv-0761 KJM AC PS<br><br><br><br>FINDINGS & RECOMMENDATIONS |

By an order filed June 18, 2013, plaintiff was ordered to file a completed affidavit to proceed in forma pauperis or pay the appropriate filing fees within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The twenty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed affidavit to proceed in forma pauperis or paid the appropriate filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 16, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;varl0761.fifp