UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEI ANN VARLETTA YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No.  2:13-cv-0761 KJM AC PS<br><br><br><br>ORDER TO SHOW CAUSE |

      Plaintiff is proceeding in this action in pro per.  On December 30, 2013, the undersigned granted plaintiff's motion to proceed in forma pauperis and screened plaintiff's complaint.  ECF No. 7.  Service was found appropriate for a number of defendants and plaintiff was directed to supply the United States Marshal with all information needed for the Marshal to effect service of process.  Plaintiff was also directed to file a statement with the court that said documents have been submitted to the United States Marshal.  Plaintiff has not submitted the necessary documents to the United States Marshal and has not filed a statement with the court that said documents have been submitted.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute;

1

2. The May 21, 2014 initial scheduling conference is vacated until further court order.

DATED: May 12, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE